Shaun Setareh (SBN 204514)
  shaun@setarehlaw.com
Jose Maria D. Patino, Jr. (SBN 270194)
  jose@setarehlaw.com
Tyson Gibb (SBN 339154)
  tyson@setarehlaw.com
SETAREH LAW GROUP
9665 Wilshire Blvd., Suite 430
Beverly Hills, California 90212
Telephone (310) 888-7771
Facsimile (310) 888-0109

Attorneys for Plaintiff
VIET NGUYEN


Michael D. Weil (SBN 209056)
michael.weil@morganlewis.com
Kayla K. Cox (SBN 311152)
kayla.cox@morganlewis.com
Joseph R. Lewis (SBN 316770)
joseph.lewis@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
One Market Street, Spear Street Tower
San Francisco, CA 94105
Tel: 415.442.1000
Fax: 415.442.1001

Attorneys for Defendant SMITHS DETECTION, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIET NGUYEN, on behalf of himself and all others similarly situated,<br><br>*Plaintiff*,<br><br>vs.<br><br>SMITHS DETECTION, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>*Defendants*. | Case No. 3:21-cv-00800-TLT<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO REMAND ACTION TO STATE COURT**<br><br><br><br>Action Filed: December 17, 2020 |

**JOINT STIPULATION**

This Stipulation is made by and between Plaintiff VIET NGUYEN ("Plaintiff") and Defendant SMITHS DETECTION, INC. ("Defendant") (collectively the "Parties"), through their respective counsel of record, to remand the above-entitled action to state court.

1. On December 17, 2020, Plaintiff filed a putative class action Complaint in the Alameda County Superior Court alleging Defendant violated various California wage and hour laws. Defendant answered the Complaint and removed the Action to the United States District Court for the Northern District of California.

2. On January 31, 2023, the Parties attended mediation with mediator Michael Dickstein, Esq. but did not reach a settlement at that session.

3. Following post-mediation settlement discussions, the Parties reached a global settlement.

4. On May 18, 2023, the Parties executed a Memorandum of Understanding, which included a term requiring the Parties to file a stipulation to remand the Action to the Superior Court of the State of California for the County of Alameda.

5. Towards the end of August 2023, counsel for Plaintiff throughout this action handling the day-to-day operations through settlement, David Keledjian and David Arakelyan, left Setareh Law Group.

6. On August 28, 2023, present counsel for Plaintiff, Jose Maria D. Patino, Jr. and Tyson Gibb of Setareh Law Group, took over the matter from Mr. Keledjian and Mr. Arakelyan and filed their notices of appearance. (ECF 40 and 41.)

7. Plaintiff's counsel have needed some time to get up to speed on the status of the Action and the settlement between the Parties. However, the Parties have since been able to finalize the terms of the long-form settlement agreement and are currently in the process of executing the long-form settlement agreement.

8. Pursuant to the terms of the Settlement, the Parties have agreed to, stipulate, and respectfully request that this Action be remanded to the Superior Court of the State of California for the County of Alameda.

9. Defendant maintains that removal was appropriate and that this Court has jurisdiction

over the Parties and the subject matter of this action, and Defendant's stipulation to remand shall not be construed as an admission or acknowledgment of any kind.

   IT IS SO STIPULATED.

DATED: December 8, 2023     SETAREH LAW GROUP[1]

             /s/ *Jose Maria D. Patino, Jr.*
             SHAUN SETAREH
             JOSE MARIA D. PATINO, JR.
             TYSON GIBB
             Attorneys for Plaintiff
             VIET NGUYEN

DATED: December 8, 2023     MORGAN, LEWIS & BOCKIUS LLP

             /s/ *Joseph R. Lewis*
             MIKE D. WEIL
             KAYLA K. COX
             JOSEPH R. LEWIS
             Attorneys for Defendant
             SMITHS DETECTION, INC.

---

[1] Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the other signatory.

**[PROPOSED] ORDER**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Having considered the Stipulation between the Parties, and good cause appearing, this Court hereby ORDERS that this Action be remanded to the Superior Court of the State of California for the County of Alameda.

IT IS SO ORDERED.

DATED: __December 28, 2023__          _____
HONORABLE TRINA L. THOMPSON
United States District Judge